UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRISTIAN PENA-EUSEBIO,
*et al.*,

    Petitioners,

v.

                                    Case No. 25-cv-13703
                                    Hon. Matthew F. Leitman

KEVIN RAYCRAFT, *et al.*,

    Respondents.

_____/

## ORDER (1) GRANTING IN PART AND DENYING IN PART RESPONDENTS' MOTION TO DISMISS OR TRANSFER (ECF No. 4) AND (2) TRANSFERRING PETITION TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

On January 8, 2026, the Court held a status conference in this action. For the reasons stated on the record during the conference, Respondents' Motion to Dismiss or Transfer (ECF No. 4) is **GRANTED** in part and **DENIED** in part as follows.

- The motion is **GRANTED** to the extent that it requests that the Court transfer this petition to the Western District of Michigan. *See Hector Cid-Barrios v. Raycraft*, __ F.Supp.3d __, No. 25-13630, 2025 WL 3724377, **4–6 (E.D. Mich., Dec. 24, 2025).

- The motion is **DENIED** in all other respects.

**IT IS HEREBY ORDERED** that Petitioners' Petition for a Writ of Habeas Corpus is transferred to the Western District of Michigan.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  January 9, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 9, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126